UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ANDREW EDWARD BIGGART,          Case no. 07-40246-LMK

Chapter 7

Debtor.
_____/

**ORDER TRANSFERRING CASE TO GAINESVILLE DIVISION**

This case came on for consideration of a motion by the Debtor to transfer this case to the Gainesville Division. Upon consideration it is:

ORDERED:

1. The motion is granted.

2. This case is hereby transferred to the Gainesville Division of the U.S. Bankruptcy Court for the Northern District of Florida.

DONE AND ORDERED at Tallahassee, Florida, this 11th day of May, 2007.

/s/ Lewis M. Killian, Jr.
_____
LEWIS M. KILLIAN, JR.
United States Bankruptcy Judge

Copies to:
Ruff & Cohen, by electronic notification

This Order prepared by Eric S. Ruff
FL Bar # 282944

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1129-4          User: akenningt           Page 1 of 2            Date Rcvd: May 11, 2007
Case: 07-40246                Form ID: pdf002           Total Served: 38
```

The following entities were served by first class mail on May 13, 2007.
```
db         +Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
1061564     American Express,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
1061565     BellSouth,   P.O. Box 70529,   Charlotte, NC 28272-0529
1061566    +Blue Cross Blue Shield,   P.O. Box 2913,   Jacksonville, FL 32231-0024
1061567    +Brand Properties, LLC,   c/o Hass, Brian E, Registered Agent,   2401 PGA Blvd., Suite 150,
             Palm Beach Gardens FL 33410-3516
1061569     Cingular Wireless,   P.O. Box 31488,   Tampa, FL 33631-3488
1061570    +Civil Process Clerk,   U.S. Attorney's Office,   111 N. Adams St., 4th Floor,
             Tallahassee, FL 32301-7730
1061571     Clay Eubanks,   98710 HC1,   Port St. Joe, FL 32456
1061572    +Clayton-Johnson, P.A. (Fla Cit Bnk),   18 NW 33rd Ct.,   Gainesville, FL 32607-2553
1061573    +Cox Communications,   6020 NW 43rd Street,   Gainesville, FL 32653-4801
1061574    +Credit Management, LP (Cox Commun.),   4200 International Parkway,   Carollton, TX 75007-1912
1061575    +Crime Prevention,   4701 SW 34th Street,   Gainesville, FL 32608-2549
1061576     Direct Loans - US Dept. of Education,   P.O. Box 530260,   Atlanta, GA 30353-0260
1061563     District Director,   Internal Revenue Service,   P. O. Box 35045, STOP 5720,
             Jacksonville, FL 32202
1061577     FL Department Of Revenue,   5050 W. Tennessee St.,   Tallahassee, FL 32399-0100
1061578    +Florida Citizens Bank,   3919 Newberry Road,   Gainesville, FL 32607-2355
1061581    +GMAC,   P. O. Box 9001952,   Louisville, KY 40290-1952
1061579     Gainesville Regional Utilities,   P.O. Box 147117,   Gainesville, FL 32614-7117
1061580    +Gainesville Sun,   2700 SW 13th Street,   Gainesville, FL 32608-2015
1061582     Heartland Payment Systems,   1437 Youngstown Center,   Jeffersonville, IN 47130
1061583     Hiday & Ricke, P.A. (Sysco Food Serv.),   P.O. Box 550858,   Jacksonville, FL 32255-0858
1061584    +Hon. Alberto R. Gonzales,   Attorney General, U.S. D.O.J.,   950 Pennsyvania Ave., NW,
             Washington, D.C 20530-0009
1061585    +Jon Douglas,   1003 Woodward Avenue,   Port St. Joe, FL 32456-2071
1061588    +Lampert & Co. (Gainesville Sun),   P.O. Box 6119,   Ocala, FL 34478-6119
1061589     Macy's Option Visa,   P.O. Box 183084,   Columbus, OH 43218-3084
1061590    +Micros of Central Florida,   3415 Lemon Street,   Tampa, FL 33609-1433
1061591    +NCO Financial (GRU),   P. O. Box 15630, Dept. 99,   Wilmington, DE 19850-5630
1061592    +Newman's Heating and Air,   2011 NE 27th Avenue,   Gainesville, FL 32609-3304
1061593    +North Fla. Medical Sales & Rentals, Inc.,   3601 SW 2nd Ave.,   Gainesville, FL 32607-2803
1061594    +Rewards Network,   Attn: William Watts,   2 N. Riverside Plaza, Suite 950,
             Chicago, IL 60606-2614
1061595    +Sysco Food Services,   3100 Hilton Street,   Jacksonville, FL 32209-2703
1061596     Target Visa,   P.O. Box 59317,   Minneapolis, MN 55459-0317
1061597    +Titan Management Svc.(Macy's Option One),   P.O. Box 956338,   Duluth, GA 30095-9506
1061598    +Tracy Biggart Douglas,   10107 SW 95th Place,   Gainesville, FL 32608-7299
1061599    +U.S. Attorney General,   10th St. & Constitution Ave., NW,   Main Justice Bldg., Rm. 511,
             Washington, DC 20530-0001
1061600    +U.S. Small Business Administration,   233 Peachtree Street, NE Suite 1800,
             Atlanta, GA 30303-1508
1061601    +U.S. Small Business Administration,   7825 Baymeadows Way, Suite 100B,
             Jacksonville, FL 32256-7543
1061602    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1061568*    +Brand Properties, LLC,   c/o Hass, Brian E, Registered Agent,   2401 PGA Blvd., Suite 150,
             Palm Beach Gardens FL 33410-3516
1061586*    +Jon Douglas,   1003 Woodward Avenue,   Port St. Joe, FL 32456-2071
1061587*    +Jon Douglas,   1003 Woodward Avenue,   Port St. Joe, FL 32456-2071
1061603*    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
1061604*    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
1061605*    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
1061606*    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
1061607*    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
1061608*    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
1061609*    +WAB Group, Inc.,   c/o Andrew Edward Biggart,   3447 Flamingo Blvd.,   Spring Hill, FL 34607-2821
                                                                                      TOTALS: 0, * 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 1129-4        User: akenningt        Page 2 of 2           Date Rcvd: May 11, 2007
Case: 07-40246              Form ID: pdf002        Total Served: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2007**                     **Signature:**     _Joseph Speetjens_